1

JACKSON LEWIS P.C.
ROBERT J. SCHNACK (SBN 191987)

2

801 K Street, Suite 2300
Sacramento, California  95814

3

Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141

4

Email:  *SchnackR@JacksonLewis.com*

5

Attorneys for Defendant
SPRINT/UNITED MANAGEMENT COMPANY

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

| | |
|---|---|
| 11  NAVDEEP GINDA, | Case No.   2:14-CV-00743-MCE-DAD |
| 12       Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT; ORDER** |
| 13       v. | |
| 14  SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation; and DOES | Complaint Filed:  March 21, 2014 |
| 15  1 through 100, inclusive, | Trial Date:        None Set |
| 16 | |
| 17       Defendants. | |

18

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 144(a) of the Local

19

Rules of the United States District Court – Eastern District of California and Fed.R.Civ.P. 6, by

20

and between Plaintiff NAVDEEP GINDA ("Plaintiff") and Defendant SPRINT/UNITED

21

MANAGEMENT COMPANY ("Defendant"), by and through their respective counsel of record,

22

as follows:   Defendant may answer in response to Plaintiff's Complaint for Damages and

23

Injunctive Relief on or before April 28, 2014.

24

    **IT IS SO STIPULATED.**

25

Dated:  April 4, 2014                    MICHAEL MALK, ESQ., APC

26

27

By: /s/ *Michael Malk* [as authorized on 04/04/2014]
        MICHAEL MALK

28

Attorney for Plaintiff NAVDEEP GINDA

1                          Case No. 2:14-CV-00743-MCE-DAD

1    Dated: April 4, 2014                    JACKSON LEWIS P.C.

2

3                                            By:  /s/ *Robert J. Schnack*
                                                 ROBERT J. SCHNACK

4                                            Attorneys for Defendant SPRINT/UNITED
                                             MANAGEMENT COMPANY

5

6
                                        **ORDER**
7
        **IT IS SO ORDERED** in accordance with the foregoing stipulation of the parties.
8

9

10   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
11   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2              Case No. 2:14-CV-00743-MCE-DAD