MALK LAW FIRM
MICHAEL MALK, ESQ. (SBN 222366)
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone:  (310) 203-0016
Facsimile::  (310) 499-5210
Email:  mm@malklawfirm.com

Attorney for Plaintiff
NAVDEEP GINDA

JACKSON LEWIS P.C.
ROBERT J. SCHNACK (SBN 191987)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
Email:  SchnackR@JacksonLewis.com

Attorneys for Defendant
SPRINT/UNITED MANAGEMENT COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NAVDEEP GINDA,<br><br>    Plaintiff,<br><br>    v.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.   2:14-CV-00743-MCE-DAD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE;  ORDER**<br><br><br>Complaint Filed:       03.2114<br>Trial Date:                  04.11.16 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION:

  Plaintiff Navdeep Ginda and Defendant Sprint/United Management Company, by and

1

through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated:  October 22, 2014                MALK LAW FIRM

                                        By: */s/ Michael Malk (as authorized on 10.22.14)*
                                            MICHAEL MALK

                                        Attorneys for Plaintiff
                                        NAVDEEP GINDA

Dated:  October 22, 2014                JACKSON LEWIS P.C.

                                        By: */s/ Robert J. Schnack*
                                            ROBERT J. SCHNACK

                                        Attorneys for Defendant
                                        SPRINT/UNITED MANAGEMENT COMPANY

**ORDER**

Based on the foregoing stipulation (ECF No. 11) and pursuant to Federal Rule of Civil Procedure 41, this case is DISMISSED in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.  The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: October 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT